IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLES BILLOUPS, | \* |
| Plaintiff, | \* |
| v. | Case No.  7:20-cv-214(WLS) |
| | \* |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | \* |
| Defendant. | |
| _____ | \* |

## **J U D G M E N T**

Pursuant to the Order of this Court filed October 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,333.36.

This 12th day of October, 2022.

David W. Bunt, Clerk

s/  Robin L. Walsh, Deputy Clerk